ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. State Bar No.: 236225)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail: jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-844-JAK |
| Plaintiff, | <u>FINDINGS AND ORDER</u> |
| v. | |
| BRIAN DAVID COCHRAN, | |
| Defendant. | |

**FINDINGS AND ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Sentencing position papers in this matter are due by March 29, 2012, and replies by April 5, 2012.

January 18, 2012                 /s/
DATE                                UNITED STATES DISTRICT JUDGE

cc: USPO